# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **TIMOTHY PRATT,** | ) | |
| | ) | |
| Plaintiff, | ) | **8:12CV28** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **PUPPCHEN, INC., et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court *sua sponte*, and pursuant to NECivR 41.2, which states in pertinent part: "At any time, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution." In this case the complaint was filed on January 17, 2011. **See** Filing No. 1. The plaintiff filed notices of executing a summons on each of the four defendants between February 1, 2012, and February 27, 2012. **See** Filing Nos. 5, 10, 11, and 12. No other progress has taken place in this matter. It remains the plaintiff's duty to go forward in prosecuting the case by, for example, filing a motion for clerk's entry of default pursuant to Fed. R. Civ. P. 55 and NECivR 55.1(a), as appropriate. Upon consideration,

**IT IS ORDERED:**

The plaintiff shall have until the close of business **on May 10, 2012**, to file a motion for clerk's entry of default or show cause why this case should not be dismissed for failure to prosecute.

Dated this 26th day of April, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge